**ALAN G. NOVODOR, ESQ. (S.B. #49681)**
**LAW OFFICES OF ALAN G. NOVODOR**
11835 W. Olympic Boulevard, Suite 1125 E
Los Angeles, California 90064-5001
Telephone: (310) 479-9387
Facsimile: (310) 479-9388
novodor@msn.com

**PHILIP H. HECHT** (DC Bar No. 333286)
**LAW OFFICE OF PHILIP H. HECHT PLLC**
2855 Tilden Street, NW
Washington, DC 20008
Telephone: (202) 686-5073
Facsimile: (202) 242-0694
phil@phechtlaw.com

*Attorneys for Plaintiff RBR Meat Co., Inc.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **RBR MEAT COMPANY, INC.,** | **CASE NO. 2:14-CV-06399-JFW (CWx)** |
| Plaintiff, | |
| - vs - | **DECLARATION OF LEAD TRIAL COUNSEL RE: COMPLIANCE WITH GENERAL ORDER AUTHORIZING ELECTRONIC FILING** |
| **LLOYDS OF LONDON SYNDICATE 4020 ARK** and **ARK SYNDICATE MANAGEMENT, LTD.,** | |
| Defendants. | |

### DECLARATION OF ALAN G. NOVODOR

**I, ALAN G. NOVODOR,** hereby declare and state:

    1.   I am an attorney at law, duly licensed to practice before all the Courts of the State of California. I am one of the attorneys of record in this action and lead counsel for plaintiff, RBR MEAT COMPANY, INC.

    2.   I am making this "Declaration of Lead Trial Counsel re: Compliance with General Order Authorizing Electronic Filing" in connection with the Section 3(a) of the Court's Standing Order. The following facts are within my personal knowledge and experience, and

-1-

___

**DECLARATION OF LEAD TRIAL COUNSEL**
**RE: COMPLIANCE WITH GENERAL ORDER AUTHORIZING ELECTRONIC FILING**

1  if called as a witness, I could and would competently testify to the
2  facts set forth herein based upon my own personal knowledge.

4      3.  *I am registered* with the United States District Court for
5  the Central District of California *as an "ECF User"*.

7      4.  Pursuant to Local Rule 5-3.2.2, my registering as a CM/ECF
8  user is deemed consent, for purposes of Fed. R. Civ. P. 5(b)(2)(E)
9  to electronic service of documents through the CM/ECF system, *and*
10 *I have elected to consent to the service and receipt of filed*
11 *documents by electronic means.*

13     5.  My registered "E-Mail Address of Record" for service
14 purposes is novodor@msn.com.

16     I declare under penalty of perjury under the laws of the United
17 States of America that the foregoing is true and correct.

19     Executed this 21st day of August, 2014 at Los Angeles,
20 California.

22     /S/ ALAN G. NOVODOR

**DECLARATION OF LEAD TRIAL COUNSEL**
**RE: COMPLIANCE WITH GENERAL ORDER AUTHORIZING ELECTRONIC FILING**

LAW OFFICES OF ALAN G. NOVODOR
11835 W. Olympic Boulevard, Suite 1125 E
Los Angeles, California 90064-5001
Telephone: (310) 479-9387
Facsimile: (310) 479-9388